429 A.2d 97

Floulis v. Floulis, Appellant.

Argued April 14, 1980. Jack L. Bergstein, for appellant; Lorraine D. Taylor, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

429 A.2d 98

Hall et al., Appellants v. Lee Jr., et al.

Argued March 19, 1980. Allen L. Feingold, for appellants; Peter J. Hoffman, for appellees.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.